# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MICHAEL CORKER,**

    **Plaintiff,**

**v.**                                     **Case No. 4:19-cv-354-AW-MJF**

**BARBARA J. HOBBS and CIRCUIT**
**COURT SECOND JUDICIAL CIRCUIT**
**LEON COUNTY,**

    **Defendants.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

This Court has considered the Magistrate Judge's report and recommendation, ECF No. 6, and reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF Nos. 7, 8.

IT IS ORDERED:

1. The report and recommendation is accepted and adopted, over Plaintiff's objections, as this Court's opinion.

2. The Clerk shall enter judgment stating, "This case is DISMISSED without prejudice, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i), for maliciousness and abuse of the judicial process."

3. The Clerk shall close the file.

SO ORDERED on October 15, 2019.

                                                                s/ *Allen Winsor*
                                                                United States District Judge